IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-02251-MEH

THE HILLS AT OAK RUN HOMEOWNER ASSOCIATION,

Plaintiff,

v.

AMGUARD INSURANCE COMPANY,

Defendant.

---

**JOINT NOTICE OF SETTLEMENT**

---

**COMES NOW** Plaintiff, The Hills at Oak Run Homeowner Association, by and through its undersigned attorneys, and Defendant, AmGuard Insurance Company, by and through its undersigned attorneys, and hereby file this Joint Notice of Settlement and advise the Court that the parties to the above-captioned matter reached a settlement agreement. The parties will file the appropriate stipulation for dismissal within 30 days of this Notice.

Respectfully submitted this 14th day of February 2022.

| | |
|---|---|
| *s/ Brian E. Devilling* | *s/ Jonathan E. Bukowski* |
| Matthew S. Ponzi | Larry E. Bache, Jr., Esq. |
| Brian E. Devilling | Jonathan E. Bukowski, Esq. |
| Foran Glennon Palandech | Merlin Law Group, PA |
| Ponzi & Rudloff PC | 1001 17th Street, Ste. 1150 |
| 222 North LaSalle, 14th Floor | Denver, CO 80202 |
| Chicago, Illinois 60601 | Telephone: 720-665-9680 |
| (312) 863-5000 | Facsimile:  720-665-9681 |
| E-Mail: bdevilling@fgppr.com | E-Mail: lbache@merlinlawgroup.com |
| E-Mail: mponzi@fgppr.com | E-Mail: jbukowski@merlinlawgroup.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff The Hills at Oak* |
| *AmGuard Insurance Company* | *Run Homeowner Association* |