IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-02251-MEH

THE HILLS AT OAK RUN HOMEOWNER ASSOCIATION,

Plaintiff,

v.

AMGUARD INSURANCE COMPANY,

Defendant.

## JOINT NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, The Hills at Oak Run Homeowner Association, and Defendant, AmGuard Insurance Company stipulate to the dismissal of this action with prejudice, each party to bear its own attorney fees, expert fees, related expenses, and costs.

Respectfully submitted this 10th day of March 2022.

| | |
|---|---|
| *s/ Matthew S. Ponzi* | *s/ Jonathan E. Bukowski* |
| Matthew S. Ponzi | Larry E. Bache, Jr., Esq. |
| Brian E. Devilling | Jonathan E. Bukowski, Esq. |
| Foran Glennon Palandech | Merlin Law Group, PA |
| Ponzi & Rudloff PC | 1001 17th Street, Ste. 1150 |
| 222 North LaSalle, 14th Floor | Denver, CO 80202 |
| Chicago, Illinois 60601 | Telephone: 720-665-9680 |
| (312) 863-5000 | Facsimile:  720-665-9681 |
| E-Mail: bdevilling@fgppr.com | E-Mail: lbache@merlinlawgroup.com |
| E-Mail: mponzi@fgppr.com | E-Mail: jbukowski@merlinlawgroup.com |
| *Attorneys for Defendant AmGuard Insurance Company* | *Attorneys for Plaintiff The Hills at Oak Run Homeowner Association* |