IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02251-MEH

THE HILLS AT OAK RUN HOMEOWNER ASSOCIATION,

    Plaintiff,

v.

AMGUARD INSURANCE COMPANY,

    Defendant.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is the parties' Joint Notice of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [<u>filed March 10, 2022; ECF 78</u>]. Rule 41(a)(1)(A)(ii) provides that "an action" may be dismissed without a court order upon the filing of "a stipulation of dismissal signed by all parties who have appeared." Here, all parties have signed the Joint Notice. Therefore, this case was **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs, upon the filing of the Joint Notice. No order of dismissal is necessary.

    Dated and entered at Denver, Colorado, this 11th day of March, 2022.

                                                                             BY THE COURT:

                                                                             *Michael E. Hegarty*

                                                                             Michael E. Hegarty
                                                                             United States Magistrate Judge